IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MICHAEL HILL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-cv-01932-G-BN |
| | § | |
| **AER MANUFACTURING,** | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Before the Court is Defendant AER Manufacturing's Motion to Dismiss Plaintiff's Amended Complaint and Brief in Support ("Motion").

Having considered the Motion to Dismiss Plaintiff's Amended Complaint and Brief in Support, Plaintiff's Response, and Defendant's Reply, the Court is of the opinion that the Motion should be, and hereby is, GRANTED.

IT IS, THEREFORE, ORDERED that Defendant's Motion to Dismiss is GRANTED. Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

It is so ORDERED.

Signed on _____.

_____
UNITED STATES DISTRICT JUDGE