IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL HILL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-cv-01932-G-BN |
| | § | |
| AER MANUFACTURING, | § | |
| | § | |
| Defendant. | § | |

## APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant AER Manufacturing ("Defendant") files this Appendix of Exhibits in Support of its Motion to Dismiss Plaintiff's Amended Complaint and Brief in Support.

| **Exhibit No.** | **Document Description** | **Appendix No.** |
|---|---|---|
| A | Charge of Discrimination, December 27, 2023 | 1-4 |

Respectfully submitted,

/s/Jana S. Baker
Jana S. Baker
Texas Bar No. 00794610
jana.baker@ogletreedeakins.com
Diamond B. Williams
Texas Bar No. 24138652
diamond.williams@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, TX 75225
Telephone: (214) 987-3800
Fax: (214) 987-3927

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 3, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to the following:

Michael Hill
4280 Trinity Mills Road, #1505
Dallas, TX 75287
Michaelhill0630@gmail.com

               */s/Jana S. Baker*
               JANA S. BAKER