# EXHIBIT A

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ EEOC<br>☐ FEPA | Agency(ies) Charge No(s):<br>**450-2024-02560** |
|---|---|---|
| **Texas Workforce Commission Civil Rights Division**<br>*State or local Agency, if any* | | and EEOC |

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*<br>Michael Hill | Home Phone<br>214-257-4099 | Year of Birth<br>1969 |
|---|---|---|
| Street Address<br>4280 trinity mill 1505<br>DALLAS, TX 75287 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name<br>AER Manufacturing | No. Employees, Members<br>15 - 100 Employees | Phone No.<br>(972) 418-6499 |
|---|---|---|
| Street Address<br>1605 SURVEYOR BLVD<br>CARROLLTON, TX 75006 | | |
| Name | No. Employees, Members | Phone No. |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON<br><br>Race, Retaliation | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest                Latest<br>09/29/2023          10/09/2023 |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I. PERSONAL HARM:

I identify as a Black/African-American male. I have been working for AER Manufacturing since on or around July 2011 and I have had minimal disciplinary issues during my time. I was terminated on October 9, 2023 following contradicting orders given to me on pulling a trailer away from a dock.

On or around the last week of September 2023 I was instructed by management via wok phone text group to pull a trailer away from the dock. However, when I finished pulling the trailer away from the dock I was later contacted by my supervisor, Jason, and he questioned me on why I

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Michael Hill**<br>12/27/2023<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

| # Charge of Discrimination | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | EEOC <br> FEPA | **450-2024-02560** |

|  |  |
|---|---|
| **Texas Workforce Commission Civil Rights Division** <br> *State or local Agency, if any* | and EEOC |

pulled the trailer away from the dock, I explained to him why. He then proceeded to suspend/fire me for the day and at the same time he assigned my job to two white truck drivers in front of me and I was informed that I was terminated on October 9.

I have had previous issues with my new supervisor Jason. I believe he attempts to enforce full control over me because I am African-American and he does not do this with my other counterparts. My supervisor has berated me after I disagreed with his orders to turn in my truck while I was out doing a full production run. I called the plant manager to discuss this issue and the plant manager at the time told me to ignore what Jason said and to continue my job. However, Jason would proceed to call me into his office and berate me and tell me that I cannot go to anyone. I can only go through him and I should only talk to him.

He has also denied me the same equipment and technology as my counterparts. I was given a phone that is many years old and it does not function well. Although it can text, it is slow. My counterparts received new phones immediately from Jason after being hired recently, but when I questioned about this, I was told to continue using the old phone as long as it works.

I was further denied working weekends for overtime by Jason. He gave my other counterparts this opportunity and gave them overtime but did not allow me to do the same despite me being available to work on weekends.

I have never had any issues with previous management until Jason became my supervisor. I believe on or around September 2023, he utilized that situation as an attempt to fire me because I disobeyed his previous orders and because I am the only African-American truck driver under him.

II. RESPONDENT'S REASON FOR ADVERSE ACTION:

I was disciplined for pulling a trailer away from the dock on or around the first week of September 2023.

III. DISCRIMINATION STATEMENT:

I believe that I was discriminated against because of my race in violation of Title VII of the Civil Rights Act of 1964, as amended.

I believe that I was retaliated against in violation of Section 704(a) of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. <br><br> **Digitally Signed By: Michael Hill** <br> 12/27/2023 <br><br> *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT <br><br> SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.